## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Guillermo Renteria-Novoa, | Case No.: 2:23-cv-01106-JAD-BNW |
| Petitioner, | **Order Granting Motion to Extend Time** |
| v. | |
| Brian Williams, et al., | [ECF No. 19] |
| Respondents. | |

Respondents move to extend time to file to file their response to Renteria-Novoa's First Amended Petition for Writ of Habeas Corpus.[1]  I find that respondents' request is made in good faith and not solely for the purpose of delay.  In addition, respondents state that opposing counsel does not object to the extension.  So, with good cause appearing, IT IS ORDERED that respondents' motion to extend time **[ECF No. 19] is GRANTED**.  The response to Renteria-Novoa's First Amended Petition for Writ of Habeas Corpus is due **August 26, 2024**.  In all other respects, the schedule set forth in the court's order of January 16, 2024,[2] remains in effect..

Dated: July 15, 2024

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 19.

[2] ECF No. 11.