# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Guillermo Renteria-Novoa,

    Petitioner

v.

Brian Williams, et al.,

    Respondents

Case No.: 2:23-cv-01106-JAD-BNW

**Order Granting Motion to Extend Time**

[ECF No. 24]

Respondents move to extend time to file to file their response to Petitioner Guillermo Renteria-Novoa's First Amended Petition for Writ of Habeas Corpus.[1]  I find that respondents' request is made in good faith and not solely for the purpose of delay.  In addition, respondents state that opposing counsel does not object to the extension.  So, with good cause appearing, IT IS ORDERED that respondents' motion to extend time **[ECF No. 24] is GRANTED**.  **The response to Renteria-Novoa's First Amended Petition for Writ of Habeas Corpus is due October 9, 2024**.  In all other respects, the schedule set forth in the court's order of January 16, 2024,[2] remains in effect..

    Dated: September 27, 2024

                                                             U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 24.
[2] ECF No. 13.