UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Guillermo Renteria-Novoa,<br><br>        Petitioner<br><br>v.<br><br>Brian Williams, et al.,<br><br>        Respondents | Case No.: 2:23-cv-01106-JAD-BNW<br><br>**Order Granting Motion to Extend Time**<br><br>[ECF Nos. 38, 39] |

Respondents move for an additional 45 days to file to file their Answer to Renteria-Novoa's First Amended Petition for Writ of Habeas Corpus.[1]  I find that respondents' request is made in good faith and not solely for the purpose of delay.  In addition, respondents' counsel states that opposing counsel does not object to the extension.  So, with good cause appearing, I grant the extension.  However, because respondents have already been provided nearly four months to file the Answer, no additional extensions will be granted absent extraordinary circumstances.

IT IS THEREFORE ORDERED that respondents' motion to extend time **[ECF No. 39] is GRANTED**.  Respondents' Answer to Renteria-Novoa's First Amended Petition for Writ of Habeas Corpus is due **October 3, 2025**.  Respondents' prior motion for extension of time **[ECF No. 38]** is denied as moot.

Dated: September 8, 2025

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 39.