**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Guillermo Renteria-Novoa, | Case No. 2:23-cv-01106-JAD-BNW |
| Petitioner, | **Order Granting Unopposed Motion for Enlargement of Time to File Response to Reply to Answer to First Amended Petition for Writ of Habeas Corpus (First Request)** |
| v. | |
| Brian Williams, et al., | [ECF No. 49] |
| Respondents. | |

In this habeas matter, the respondents filed a first request for enlargement of time (47 days) to respond to Petitioner Guillermo Renteria-Novoa's first amended petition for writ of habeas corpus.[1] Good cause appearing, I grant the respondents' motion for enlargement of time.[2]

I THEREFORE ORDER that the respondents' Unopposed Motion for Enlargement of Time to File Response to Reply to Answer to First Amended Petition for Writ of Habeas Corpus (First Request) **[ECF No. 49] is GRANTED**. The respondents have **through April 6, 2026**, to file a response to Petitioner's reply in support of the first amended petition for a writ of habeas corpus.[3]

_____
U.S. District Judge Jennifer A. Dorsey Dated: February 19, 2026

---

[1] ECF No. 49.

[2] Fed. R. Civ. P. 6(b); LR IA 6-1.

[3] ECF No. 45.