**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Guillermo Renteria-Novoa,

Petitioner

v.

Jeremy Bean, et al.,

Respondents

Case No. 2:23-cv-01106-JAD-BNW

**Order directing the respondents to file a supplemental exhibit**

This habeas matter is poised for merits review. The respondents omitted from their state-court record of exhibits a copy of the first portion of the reporter's transcript for the preliminary hearing and the exhibits admitted at that hearing.[1]

I THEREFORE ORDER that the respondents have through **November 30, 2026**, to file a complete copy of the reporter's transcript of proceedings and exhibits admitted for the preliminary hearing held on September 17, 2010, in the underlying state court criminal matter.[2]

I FURTHER ORDER that the petitioner will have **15 days** after the respondents file the supplemental exhibit to admit or deny the correctness of that exhibit.

U.S. District Judge Jennifer A. Dorsey
Dated: November 13, 2026

[1] *See* ECF Nos. 26-2 at 5; 26-35 at 36. *See also* Rules Governing Section 2254 Cases, Rule 7; *McDaniels v. Kirkland*, 813 F.3d 770, 773 (9th Cir. 2015) (holding federal habeas courts "may consider the entire state-court record, including evidence that was presented only to the trial court"); *Nasby v. McDaniel*, 853 F.3d 1049, 1052–54 (9th Cir. 2017) (remanding to the district court to consider the entire state court record).

[2] Justice Court Criminal Case No. 10F09697X.